Bonnie J. Gibson (Pro Se)  )
Plaintiff )
)
v. )
CHA, HUD, Village Green, )
City of Chicago, et. al. )
Defendant )

**United States District Court**
**Northern District of Illinois**

1:19-cv-02227
Judge Ruben Castillo
Magistrate Judge Sidney I. Schenkier

## COMPLAINT

I, Bonnie J. Gibson, alleged that named defendants violated my civil rights as it relates to housing and disability.

RECEIVED
APR 0 1 2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Bonnie J. Gibson
4-1-2019